[No. 43604-0-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03987-8, John M. Darrah, J., entered October 19, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45285-1-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBIN FRANCIS ROBILLARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00558-3, James H. Allendoerfer, J., entered September 24, 1999. *Remanded* by unpublished per curiam opinion.

[No. 44819-6-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CLAIR OPPEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00629-2, Susan K. Cook, J., entered June 9, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Ellington, JJ.

[No. 42921-3-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB DANIEL BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00572-1, David A. Nichols, J., entered May 18, 1998. *Dismissed* by unpublished per curiam opinion.